IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| WILLIAM COLEMAN, | : | |
| Plaintiff | : | |
| v. | : | Civil Action No. L-98-3111 |
| STATE OF MARYLAND, et al., | : | |
| Defendants | : | |

| | | |
|---|---|---|
| JOHNNIE S. HOLMES, | : | |
| Plaintiff | : | |
| v. | : | Civil Action No. L-98-3112 |
| JOSEPH SACCHET, et al., | : | |
| Defendants | : | |

| | | |
|---|---|---|
| RALPH J. PAULERO, | : | |
| Plaintiff | : | |
| v. | : | Civil Action No. L-99-862 |
| STATE OF MARYLAND, et al., | : | |
| Defendants | : | |

oOo

**ORDER**

For the reasons stated in the foregoing Memorandum, it is, this 29th day of Sept, 1999, hereby **ORDERED** that:

1. These cases are hereby **Consolidated**;

2. Defendants' Motion to Dismiss or in the alternative, Motion for Summary Judgment in Case No. L-98-3111, is **Granted**;

3. Defendants' Motion to Dismiss or in the alternative, Motion for Summary Judgment in Case No. L-98-3112, is **Granted**;

4. Defendants' Motion to Dismiss in Case No. L-99-862, is construed as a motion for summary judgment and is **Granted**;

5. Judgment is entered in Case No. L-98-3111 in favor of State of Maryland Department of Public Safety & Correctional Services, Ronald Moats, Alexander Francis, Richard A. Lanham, Melanie C. Pereira, Ava I. Gift, and Karen Elliot, and against William Coleman;

6. Judgment is entered in Case No. L-98-3112 in favor of Joseph Sacchet, Richard A. Lanham, Melanie C. Pereira and Ava Gift and against Johnnie S. Holmes;

7. Judgment is entered in Case No. L-99-862 in favor of State of Maryland Department of Public Safety & Correctional Services, Ronald Moats, Alexander Francis, Richard A. Lanham, Melanie C. Pereira, and Ava I. Gift, and against Ralph J. Paulero;

8. The Clerk is directed to mail copies of this Memorandum and the foregoing Order to all counsel of record in these cases; and

9. The Clerk is directed to close these files.

_____
Benson Everett Legg
United States District Judge